# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**GATEWAY INVESTORS, LLC,**

      **Plaintiff,**

**-vs-**                                                                          Case No. 6:09-cv-710-Orl-22KRS

**INNOVEST CAPITAL, INC., GATEWAY CONDOMINIUMS, INC., PAUL HORNING, DANIEL CHERMONTE, and MARK TOUKAN,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **GATEWAY CONDOMINIUMS' MOTION FOR AWARD OF ATTORNEYS' FEES (Doc. No. 77)**
>
> **FILED:**      **December 15, 2009**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Defendant Gateway Condomiums, Inc. has filed a motion for attorneys' fees and litigation expenses. Because the final order of the District Court is currently on appeal to the United States Court of Appeals for the Eleventh Circuit, it is appropriate to await the outcome of the appeal before ruling on Gateway Condominiums, Inc.'s motion. It does not appear that consideration of the appeal itself would be better informed by a decision on fees.

Accordingly, Gateway Condominiums may file a renewed motion for an award of attorneys' fees and litigation expenses, if appropriate, within twenty days after the issuance of the mandate by the United States Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** in Orlando, Florida this 8th day of January, 2010.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE