**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GATEWAY INVESTORS, LLC,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:09-cv-710-Orl-22KRS**

**INNOVEST CAPITAL, INC., GATEWAY CONDOMINIUMS, INC., PAUL HORNING, DANIEL CHERMONTE, and MARK TOUKAN,**

        **Defendants.**

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **GATEWAY CONDOMINIUM'S RENEWED MOTION FOR AN AWARD OF ATTORNEY'S FEES (Doc. No. 90)** |
| **FILED:** | **February 14, 2011** |

On December 3, 2009, this Court granted Defendant Gateway Condominiums' motion to dismiss the second amended complaint filed by Plaintiff Gateway Investors, LLC. Doc. No. 76. The Court reserved jurisdiction to award attorneys' fees and costs and referred the issue to the undersigned for determination of attorneys' fees due pursuant to the parties' Amended Agreement, Doc. No. 62-3 at 56. The Amended Agreement provides in relevant part:"In the event of any litigation or arbitration regarding the rights and obligations under this Agreement, the prevailing party shall be entitled to

recover reasonable attorneys' fees and court costs in addition to any other relief which may be granted." Doc. No. 62-3 at 56, § 13.12.

Gateway Condominiums filed a motion for attorneys' fees, Doc. No. 77, and the undersigned denied the request without prejudice pending the outcome of Plaintiff's appeal of the judgment. Doc. No. 87. The United States Court of Appeals for the Eleventh Circuit affirmed this Court's judgment, Doc. No. 91, and granted Gateway Condominiums' motion for appellate attorneys' fees. Doc. No. 89. The Court of Appeals directed this Court to determine the amount of attorneys' fees to be awarded. Doc. No. 89.

Gateway Condominiums filed the instant renewed motion seeking attorneys' fees of $95,000.00 for the district court litigation and $30,000.00 for the appeal, which amounts are reduced from the claimed lodestar attorney's fees "to address any minor claims of duplication or unreasonable time . . . ." Doc. No. 90 at 7. The motion was referred to the undersigned. Doc. No. 93. Gateway Condominiums attached two affidavits from John Brennan, Esq., regarding the amount of fees incurred with timesheets for timekeepers, Doc. Nos. 90-2, 90-7, and two affidavits from Brian J. Moran, Esq., attesting to the reasonableness of those fees. Doc. Nos. 90-3, 90-8. Plaintiff Gateway Investors, LLC did not respond to the motion and the time for doing so has passed.

Accordingly, I **RESPECTFULLY RECOMMEND** that the motion, Doc. No. 90, be **GRANTED as unopposed**, and that Plaintiff Gateway Investors, Inc. be **ORDERED** to pay the sum of $125,000.00 to Defendant Gateway Condominiums, Inc.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 28, 2011.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy