**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GATEWAY INVESTORS, LLC,**

        **Plaintiff,**

**-vs-**                                               **Case No.  6:09-cv-710-Orl-22KRS**

**INNOVEST CAPITAL, INC.,  GATEWAY CONDOMINIUMS, INC., PAUL HORNING, DANIEL CHERMONTE, and MARK TOUKAN,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **INNOVEST CAPITAL, INC.'S RENEWED MOTION FOR ASSESSMENT AND AWARD OF ATTORNEYS' FEES AND COSTS (Doc. No. 92)**
>
> **FILED:** February 16, 2011

On December 3, 2009, this Court granted Innovest Capital, Inc.'s motion to dismiss the second amended complaint filed by Plaintiff Gateway Investors, LLC. Doc. No. 76. The Court determined Innovest was entitled to attorneys' fees, reserved jurisdiction to award attorneys' fees and costs, and referred the issue to the undersigned for determination of attorneys' fees due pursuant to the parties' Amended Agreement, Doc. No. 62-3 at 56. The Amended Agreement provides in relevant part:"In the event of any litigation or arbitration regarding the rights and obligations under this Agreement,

the prevailing party shall be entitled to recover reasonable attorneys' fees and court costs in addition to any other relief which may be granted." Doc. No. 62-3 at 56, § 13.12.

Innovest filed a bill of costs ni the amount of $1,125.80, which was taxed against Plaintiff on December 22, 2009. Doc. Nos. 79, 81. Innovest filed a motion for attorneys' fees, Doc. No. 80, which the undersigned denied the request without prejudice pending the outcome of Plaintiff's appeal of the judgment. Doc. No. 85. The United States Court of Appeals for the Eleventh Circuit affirmed this Court's judgment, Doc. No. 91, and granted Innovest's motion for appellate attorneys' fees. Doc. No. 89. The Court of Appeals directed this Court to determine the amount of attorneys' fees to be awarded. *Id.*

Innovest filed the instant renewed motion seeking attorneys' fees of $106,000.00 for the district court litigation and $39,500.00 for the appeal, which amounts are less than the claimed lodestart attorneys' fees. Doc. Nos. 92, 92-6, 92-8. The motion was referred to the undersigned. Doc. No. 93. Innovest attached affidavits from Judson H. Orrick, Esq., and J. Stanley Chapman, Esq., regarding the amount of fees incurred with timesheets for timekeepers, Doc. Nos. 92-5, 92-7, and affidavits from Mayanne Downs, Esq., and Robert M. Ervin, Jr., Esq., attesting to the reasonableness of those fees. Doc. Nos. 92-6, 92-8. Plaintiff Gateway Investors, LLC did not respond to the motion and the time for doing so has passed.

Accordingly, I **RESPECTFULLY RECOMMEND** that the motion, Doc. No. 92, be **GRANTED as unopposed**, and that Plaintiff Gateway Investors, Inc. be **ORDERED** to pay the sum of $145,500.00 to Defendant Innovest Capital, Inc.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 28, 2011.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy