# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GATEWAY INVESTORS, LLC,**

        Plaintiff,

-vs-                                             Case No. 6:09-cv-710-Orl-22KRS

**INNOVEST CAPITAL, INC., GATEWAY CONDOMINIUMS, INC., PAUL HORNING, DANIEL CHERMONTE, and MARK TOUKAN,**

        Defendants.

---

## ORDER

This cause is before the Court on Gateway Condominiums' Renewed Motion for an Award of Attorneys' Fees (Doc. No. 90) filed on February 14, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted as unopposed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed March 28, 2011 (Doc. No. 94) is ADOPTED and CONFIRMED and made a part of this Order.

2. Gateway Condominiums' Renewed Motion for an Award of Attorneys' Fees (Doc. No. 90) is GRANTED.

3. Gateway Investors, Inc. is hereby ORDERED to pay the sum of $125,000.00 to Defendant Gateway Condominiums, Inc.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 14, 2011.

ANNE C. CONWAY
Chief United States District Judge

Copies furnished to:

Counsel of Record